IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In the Matter of:

BERNADINE JOY BALL

CASE No. 9-08-bk-03125-ALP

Debtor(s)/

## REPORT OF TRUSTEE
## OF UNCLEARED FUNDS

Comes now, Diane L. Jensen as Trustee of the above-captioned matter, and she does respectfully show that, pursuant to the orders of distribution, she has disbursed the entire amount of in the Trustee's account, and that all checks have cleared with the exception of the following, on which original checks Trustee has issued a Stop Payment Request:

| Claim No. | Claimant Name and Address | Amount |
|---|---|---|
| 2-1 | Alltel<br>Building 4, Third Floor<br>One Allied Drive<br>Little Rock, AR 72202 | $531.55 |
|  |  |  |
|  |  |  |
|  |  |  |
|  | TOTAL UNCLEARED FUNDS | $531.55 |

That more than ninety (90) days have elapsed since the declaration and distribution of the final dividend, and pursuant to the provisions of 11 U.S.C.§347, the undersigned attaches hereto a check in the amount of $531.55, payable to the Clerk, U.S. Bankruptcy Court, and states that the claimants entitled thereto are as listed above, and that their addresses, as far as known, are given above. The address of the Bankruptcy Court is: 801 N. Florida Avenue, Suite 555 Tampa, FL 33602-3899

I hereby certify that a true and correct copy of the above and foregoing has been furnished electronically to CYNTHIA P. BURNETTE, Ass't U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602, this    9-30-10    .

Diane L. Jensen, Trustee
P. O. Drawer 1507
Fort Myers, FL 33902
(239) 336-6263
(239) 332-2243 - fax